# United States Bankruptcy Court
### Eastern District of Louisiana

In re:  AKD Investments, LLC                             Case No.: _____
                    Debtor(s)                            Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for AKD Investments, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

None

Date: November 12, 2014

Pierre V. Miller II (# 17712)
Signature of Attorney or Litigant
Counsel for AKD Investments, LLC
PATRICK MILLER LLC
400 Poydras Street, Suite 1680
New Orleans, Louisiana   70130
Telephone:  (504) 527-5400
Facsimile:   (504) 527-5456
E-mail: pmiller@patrickmillerlaw.com