IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:                                            CASE NUMBER:

**COOK, DENNIS H., JR.**                                     **14-13075**
**COOK, RAQUEL F.**                                          **Section B**

DEBTOR(S)                                                    CHAPTER 7
                                                             LIQUIDATION

## TRUSTEE'S PETITION OF DISCLAIMER AND ABANDONMENT

To:  The Honorable Jerry A. Brown, Bankruptcy Judge

The petition of the undersigned Trustee of the estate of the above named debtor(s), with respect represents:

On the ground that there is no equity in the hereinafter described property for the estate of the above named debtor(s), over and above such exemptions as may apply thereto, or that if there is any such equity, it is not sufficient to justify administration.

The undersigned Trustee (in her official capacity under Federal law) as representative of the estate of the debtor(s), does by these presents, subject to the approval of this Court (which approval is hereby prayed for), disclaim and abandon all such right, title and interest of the said debtor(s)'s estate in and to the following described property:

Household Goods; Furnishings & Appliances; Wearing Apparel; 3609 Kim St., Metairie, LA; 2002 Infiniti QX4; Wedding Rings; Misc. Jewelry; Cellphones; Misc. Tools; Lawnmower; Stock in Elite Independent Consultants, Inc. and LA Independent Insurance Agency

/s/ Barbara Rivera Fulton
**Barbara Rivera-Fulton**
**Chapter 7 Trustee**
P.O. Box 19980
New Orleans, LA  70719
Telephone No.:  (504) 373-5592